**98–139. Mikesell v. Farm Credit Serv. of MidAmerica, ACA.**
Coshocton App. Nos. 97CA1 and 97CA2. This cause is pending before the court as an appeal from the Court of Appeals for Coshocton County. It appears from the records of this court that appellants have not filed a merit brief, due June 1, 1998, in compliance with the Rules of Practice of the Supreme Court and therefore have failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte*.